UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>      Plaintiff,<br> v.<br><br>JUAN RECINOS et al.,<br><br>      Defendants. | CASE NO. 3:23-cv-05792-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge. (Dkt. No. 3.) The Court having considered the R&R and the reviewed the record *de novo*, and no objections having been filed, does hereby find and ORDER as follows:

1) The R&R (Dkt. No. 3) is ADOPTED.

2) The Application to Proceed In Forma Pauperis (Dkt. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

1 | Dated this 3rd day of October, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2