UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>      Plaintiff,<br>  v.<br><br>JUAN RECINOS et al.,<br><br>      Defendants. | CASE NO. 3:23-cv-05792-DGE<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

  Presently before the Court is Plaintiff's motion to appoint counsel.  (Dkt. No. 8.)  The Court dismissed Plaintiff's claims on October 3, 2023.  (Dkt. Nos. 4, 5.)  Plaintiff appealed the Court's decision on October 18, 2023.  (Dkt. No. 6.)  Plaintiff filed her motion to appoint counsel on November 17, 2023.  (Dkt. No. 8.)  It is somewhat unclear whether Plaintiff seeks representation in this Court or before the Ninth Circuit, although the form she submitted is one used by the Circuit.  (*Id.*)  If Plaintiff seeks representation before the Ninth Circuit, she provides no authority allowing this Court to appoint counsel before the Ninth Circuit.  If Plaintiff seeks

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

representation before this Court, her request to appoint an attorney is untimely as her claims have been dismissed.

Accordingly, Plaintiff's motion to appoint counsel (Dkt. No. 8) is DENIED.

Dated this 4th day of January, 2024.

David G. Estudillo
United States District Judge

ORDER DENYING MOTION TO APPOINT COUNSEL - 2